774

■ ▬▬▬▬▬▬

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**INTERNATIONAL HOD CARRIERS' BUILDING & COMMON LABORERS' UNION OF AMERICA, LOCAL 1445, AFL–CIO, and John Haney, Its Business Agent, Respondents.**

No. 14378.

United States Court of Appeals
Sixth Circuit.

Sept. 14, 1961.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

SUPPLEMENTAL ORDER.

Upon further consideration, it is ordered that the words "or clearance or referral" be deleted from Paragraph 1(a) of the Board's order and also that the words "or has not secured clearance or approval from" be deleted from Paragraph 1(b) of said order, 289 F.2d 492.

**UNITED STATES of America**

v.

**Frank VALLI, Appellant.**

Nos. 13639, 13640.

United States Court of Appeals
Third Circuit.

Submitted Oct. 3, 1961.

Decided Oct. 10, 1961.

Frank Valli, pro se.

Joseph S. Lord, 3d, U. S. Atty., James J. Phelan, Jr., Asst. U. S. Atty., Philadelphia, Pa., for appellee.

Before GOODRICH, STALEY and SMITH, Circuit Judges.

PER CURIAM.

This is an appeal from an order by the judge of the District Court for the Eastern District of Pennsylvania in which the court denied the appellant's motion to correct a sentence imposed on him April 1, 1958. He contends that he is being subjected to double jeopardy because, he says, a five-year sentence imposed upon him was for a crime which was but an aggravated form of the crime charged in a companion case. In denying the defendant's motion the trial judge correctly cited Harris v. United States, 1959, 359 U.S. 19, 79 S.Ct. 560, 3 L.Ed.2d 597, and United States v. Johnson, 7 Cir., 1956, 235 F.2d 159. This disposes of the case.

The judgment of the district court will be affirmed.

**ESTATE of Newton B. T. RONEY, Deceased, Gertrude C. Roney, Executrix, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 18782.

United States Court of Appeals
Fifth Circuit.

Oct. 13, 1961.

▬▬▬▬▬▬

W. G. Ward and Ward & Ward, Miami, Fla., for petitioner.

Abbott M. Sellers, Acting Asst. Atty. Gen., Lee A. Jackson and Lloyd J. Keno, Attys., Dept. of Justice, Washington, D. C., R. P. Hertzog, Acting Chief Counsel, and Charles Owen Johnson, Sp. Atty., I. R. S., Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Loring W. Post and Michael Smith, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and JONES and WISDOM, Circuit Judges.

PER CURIAM.

The facts here presented and the question here raised are the same as were before us in the case of Ballantine v. Tomlinson, 5 Cir., 293 F.2d 311. The conclusions there reached are here followed and the judgment of the Tax Court, 33 T.C. 801, is

Affirmed.